**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| STONE ROSE, LP, | ) | Case No. 13-16410 |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S FINAL REPORT
AND SCHEDULE OF UNPAID LIABILITIES**

Stone Rose, LP, (the "**debtor**"), by its attorneys, pursuant to Bankruptcy Rule 1019, states as follows:

1. The chapter 11 case was filed on April 19, 2013.

2. The case was converted on October 2, 2013.

3. All assets of the debtor have been turned over to the trustee.

4. All statements and schedules required by Bankruptcy Rule 1019(1) and 1007(b) have been filed.

5. The first meeting of creditors in the chapter 7 case has been held.

6. There were no unpaid debts of the chapter 11 case and no debtor-in-possession claims have been filed.

STONE ROSE, LP

s/G. Alexander McTavish
One of its attorneys

G. Alexander McTavish
Attorney No. 1871013
Foote, Mielke, Chavez & O'Neil, LLC
10 W. State St., Suite 200
Geneva, IL 60134
630-232-7450
630-232-7452 Fax
amctavish@fmcolaw.com