IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | Chapter 7 |
|---|---|
| **Stone Rose, LP,** | No. 13-16410 |
| Debtor. | Hon. Deborah L. Thorne |

## NOTICE OF FILING

Please take notice that on July 19, 2018, we filed the attached Debtor's Final Report and Schedule of Unpaid Liabilities.

    Stone Rose, LP

    s/Alexander McTavish
    ARDC #1871013
    Foote, Mielke, Chavez & O'Neil, LLC
    10 W. State St., Suite 200
    Geneva, IL 60134
    (630) 232-7450
    (630) 232-7452 (fax)
    amctavish@fmcolaw.com

## CERTIFICATE OF SERVICE

I certify that on July 19, 2018, I electronically filed the foregoing Notice of Filing and Debtor's Final Report and Schedule of Unpaid Liabilities with the Clerk of the Court for the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, by using the CM/ECF system. I certify that all participants in this case entitled to notice, except those persons set forth on the attached service list, if any, are registered CM/ECF users and that service will be accomplished by the CM/ECF system. As to those persons listed on the service list, notice was served by depositing a copy of this notice and the Debtor's Final Report in the United States mail, postage prepaid, at Geneva, Illinois, addressed to those persons at the addresses set forth, on July 19, 2018.

    s/Alexander Mc Tavish